FANIA E. DAVIS, STATE BAR #87268
MOORE AND MOORE
445 Bellevue Avenue, Second Floor
Oakland, CA 94610
Telephone Number:   (510) 451-0104
Facsimile:           (510) 451-5056

Attorneys for Plaintiff
HATTIE FINN-CARTER

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, STATE BAR # 83788
Chief Labor Attorney
RAFAL OFIERSKI, State Bar #194798
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-3825
Facsimile:   (415) 554-4248

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
CHRIS LOGIA, DAN GILMAN, and HERB DANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTIA LELAIND,<br><br>        Plaintiff,<br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; PUBLIC UTILITIES COMMISSION; DAN GILMAN, in his individual and official capacities; CHRIS LOGIA, in his individual and official capacities; HERB DANG, in his individual and official capacities; and DOES 1 THROUGH 50,<br><br>        Defendants. | **Case No. C06-05870 MHP**<br><br>**STIPULATION REGARDING EXTENDING DEADLINE TO COMPLETE SETTLEMENT CONFERENCE AND [PROPOSED] ORDER** |

Pursuant to Civil L.R. 6-2 and ADR L.R. 6-5, Plaintiff ANTIA LELAIND and

Defendants CITY AND COUNTY OF SAN FRANCISCO, PUBLIC UTILITIES

STIPULATION RE EXTENDING SETTLEMENT
CONFERENCE DEADLINE
CASE NO.  CO6-05870 MHP

1

COMMISSION, CHRIS LOGIA, DAN GILMAN, and HERB DANG hereby stipulate as follows:

(1) Plaintiff contends that, in order to maximize the possibility of a fruitful negotiation in the parties' second attempt to settle the case, additional time is needed to conduct additional discovery. Plaintiff particularly seeks to depose the former General Manager of the PUBLIC UTILITIES COMMISSION ("PUC"), Pat Martel, along with several of Plaintiff's co-workers.

(2) Further, Plaintiff's counsel contends that additional time is needed to allow her to brief the Court's discovery and evidentiary cut-off ruling as discussed during the most recent case management conference.

(3) Plaintiff also believes that, since Plaintiff's ability to return to work is highly relevant to an evaluation of the case, additional time to allow both sides to conduct medical examinations and prepare medical reports will also facilitate settlement efforts.

(4) Although Defendants believe that there was sufficient time to prepare for the settlement conference as currently scheduled, Defendants do not oppose Plaintiff's request.

(5) Currently, the Settlement Conference is set for August 21, 2007. The parties are available for a rescheduled date of October 18, 2007. Magistrate Judge Joseph C. Spero's office has indicated that he is available on this date. (The parties are required to lodge Settlement Conference Statements in chambers fourteen (14) calendar days before the Settlement Conference.) The parties further agree to a cut-off of October 25, 2007 for conducting the Settlement Conference.

STIPULATION RE EXTENDING SETTLEMENT
CONFERENCE DEADLINE
CASE NO. CO6-05870 MHP

2

1  (6) There have been no previous time modifications to any deadlines in this case.
2  The proposed extension of time will not alter any deadlines previously set by the Court in this
3  case.
4  
5  IT IS SO STIPULATED.
6  Dated: August 6, 2007                              MOORE & MOORE
7  
8                                                              _____/s/_____
                                                                FANIA E. DAVIS, ESQ.
9  
                                                                Attorney for Plaintiff
10                                                              ANTIA LELAIND
11  
12  Dated: August 6, 2007                             DENNIS J. HERRERA
                                                                City Attorney
13                                                              ELIZABETH S. SALVESON
                                                                Chief Labor Attorney
14  
15  
16                                                      By: _____/s/_____
                                                                RAFAL OFIERSKI
17                                                              Deputy City Attorney
                                                                Attorneys for Defendants
18                                                              CITY AND COUNTY OF SAN FRANCISCO,
                                                                CHRIS LOGIA, DAN GILMAN, and HERB DANG
19  
                                          **[PROPOSED] ORDER**
20  
            BASED ON THE ABOVE STIPULATION and for good cause, the deadline for conducting
21  
    the Settlement Conference in this case is extended from August 22, 2007 to October 25, 2007.
22  
23  
    **IT IS SO ORDERED.**
24  
25  Dated: __8/31/2007_____          By _____
                                                            HONORABLE MARILYN H. PATEL
26                                                          United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

27  
28  STIPULATION RE EXTENDING SETTLEMENT                                                        3
    CONFERENCE DEADLINE
    CASE NO.  CO6-05870 MHP