DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
RAFAL OFIERSKI, State Bar #194798
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4244
Facsimile:     (415) 554-4248
E-Mail:        rafal.ofierski@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
PUBLIC UTILITIES COMMISSION, DAN GILMAN,
CHRIS LOGIA and HERB DANG


FANIA E. DAVIS, State Bar #87268
MOORE & MOORE
445 Bellevue Avenue, Suite 202
Oakland, California 95610
Telephone:     (510) 451-0104
Facsimile:     (510) 451-5056

Attorney for Plaintiff
ANTIA LELAIND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTIA LELAIND,<br><br>             Plaintiff,<br><br>      vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; PUBLIC UTILITIES COMMISSION; DAN GILMAN, in his individual and official capacities; CHRIS LOGIA, in his individual and official capacities; HERB DANG, in his individual and official capacities; and DOES 1 THROUGH 50,<br><br>             Defendants. | Case No. C06-05870 MHP<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR DISPOSITIVE MOTIONS; [PROPOSED] ORDER** |

Pursuant to Local Rule 7-12, Plaintiff Antia Lelaind ("Plaintiff") and Defendants City and County of San Francisco, San Francisco Public Utilities Commission, Herb Dang, Dan Gilman and Cris Logia ("Defendants") hereby stipulate to modify the case management order by extending the deadline for hearing dispositive motions. The parties respectfully request that the Court approve the stipulation by order.

The parties stipulate as follows:

1. Under the case management order dated June 22, 2007, the deadline for hearing dispositive motions is December 17, 2007 (*see* Joint Case Management Conference and Rule 26(f) Report, ¶ H(7).) Based on this deadline, the last day to file such motions is November 9, 2007.

2. The Court has referred this case to Magistrate Joseph Spero for a mandatory settlement conference. The settlement conference was initially scheduled for August 21, 2007. At Plaintiff's request, the conference was then rescheduled for October 18, 2007.

3. On September 19, 2007, the parties received notice that Magistrate Spero would not be able hold the settlement conference on October 18 because of a scheduling conflict. Based on the availability of Magistrate Spero and the parties and their counsel, the settlement conference was then rescheduled for November 7, 2007, or two days before the deadline for filing dispositive motions.

4. The parties intend to make a good-faith effort to reach a settlement at the conference scheduled for November 7, 2007. If they are unable to settle, however, both Plaintiff and Defendants intend to file motions for summary adjudication. Because the motions are now due on November 9, 2007, the parties would have to prepare their motions before the settlement conference is held. Given that this case involves nine alleged causes of action, numerous legal issues and an extensive factual background, preparing the briefs and the necessary evidentiary materials will require considerable time and effort. Expending this time and effort will be needless and wasteful in the event the parties agree to settle. Accordingly, the parties respectfully request that the Court modify the case management order and extend the deadline for hearing dispositive motions from December 17, 2007, to January 7, 2008.

///
///
///
///
///
///

| | |
|---|---|
| Dated: October 10, 2007 | Respectfully submitted, |
| | DENNIS J. HERRERA<br>City Attorney |
| | By: _____/s/_____<br>   RAFAL OFIERSKI<br>   Deputy City Attorney<br>   Attorneys for Defendant |
| Dated: October 10, 2007 | By: _____/s/_____<br>   FANIA E. DAVIS<br>   Attorney for Plaintiff<br>   Antia Lelaind |

### ORDER

The parties have submitted a Stipulation To Extend The Deadline For Hearing Dispositive Motions. Pursuant to the Stipulation, the case management order is hereby modified to provide that the last day to hear dispositive motions shall be January 7, 2008.

SO ORDERED.

Dated: __10/15/2007_____    _____

IT IS SO ORDERED
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT JUDGE