**United States District Court**

For the Northern District of California

1
2
3
4               UNITED STATES DISTRICT COURT
5               NORTHERN DISTRICT OF CALIFORNIA
6
7   ANTIA LELAIND,                          No. C-06-05870 MHP (JCS)
8               Plaintiff(s),
9       v.                                  **NOTICE AND ORDER**
                                            **SETTING FURTHER**
10  CITY AND COUNTY OF                      **SETTLEMENT CONFERENCE**
    SAN FRANCISCO, ET AL.,
11
12              Defendant(s).
    _____/
13  TO ALL PARTIES AND COUNSEL OF RECORD:

14          You are hereby notified that a Further Settlement Conference is scheduled for **January 23,**

15  **2008, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco,

16  California 94102.  **Updated confidential Settlement Conference Statements shall be lodged with**

17  **the Court by January 16, 2008.**

18          Lead trial counsel shall appear at the Settlement Conference with the parties having

19  unlimited authority to negotiate and settle the case.

20          The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this

21  case settles prior to the date set for the Further Settlement Conference.  All other provisions of this

22  Court's July 12, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain

23  in effect.

24          IT IS SO ORDERED.

25

26  Dated:  November 13, 2007

27                                          _____
                                            JOSEPH C. SPERO
28                                          United States Magistrate Judge