UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTIA LELAIND,<br><br>        Plaintiff(s),<br><br>  v.<br><br>CITY AND COUNTY OF<br>SAN FRANCISCO, ET AL.,<br><br>        Defendant(s).<br>_____/ | No. C-06-05870 MHP (JCS)<br><br>**A M E N D E D<br>NOTICE AND ORDER<br>SETTING FURTHER<br>SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that a Further Settlement Conference is scheduled for January 23, 2008, **at 2:00 p.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Updated confidential Settlement Conference Statements shall be lodged with the Court by January 16, 2008.

    Lead trial counsel shall appear at the Settlement Conference with the parties having unlimited authority to negotiate and settle the case.

    The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's July 12, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

    IT IS SO ORDERED.

Dated: November 14, 2007

                                          JOSEPH C. SPERO<br>
                                          United States Magistrate Judge