1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
3 | RAFAL OFIERSKI, State Bar #194798
Deputy City Attorney
4 | Fox Plaza
1390 Market Street, Fifth Floor
5 | San Francisco, California 94102-5408
Telephone: (415) 554-4244
6 | Facsimile: (415) 554-4248
E-Mail: rafal.ofierski@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
PUBLIC UTILITIES COMMISSION, DAN GILMAN,
CHRIS LOGIA and HERB DANG

FANIA E. DAVIS, State Bar #87268
MOORE & MOORE
445 Bellevue Avenue, Suite 202
Oakland, California 95610
Telephone: (510) 451-0104
Facsimile: (510) 451-5056

Attorney for Plaintiff
ANTIA LELAIND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTIA LELAIND,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; PUBLIC UTILITIES COMMISSION; DAN GILMAN, in his individual and official capacities; CHRIS LOGIA, in his individual and official capacities; HERB DANG, in his individual and official capacities; and DOES 1 THROUGH 50,<br><br>    Defendants. | Case No. C06-05870 MHP<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR EXPERT REPORTS; [PROPOSED] ORDER** |

Pursuant to Local Rule 7-12, Plaintiff Antia Lelaind ("Plaintiff") and Defendants City and County of San Francisco, San Francisco Public Utilities Commission, Herb Dang, Dan Gilman and Cris Logia ("Defendants") hereby stipulate to modify the case management order by extending the deadline for disclosing expert reports as required by Rule 26(a)(2) of Federal Rule of Civil Procedure. The parties respectfully request that the Court approve the stipulation by order.

The parties stipulate as follows:

1. The current deadline for disclosing expert reports is December 17, 2007. The trial date is March 18, 2008. (See Joint Case Management Conference and Rule 26(f) Report, ¶¶ H(7)(1).)

2. Defendants have retained an expert to conduct a Rule 35 examination of Plaintiff. The Court authorized the examination at a hearing held on October 29, 2007, and subsequently the parties scheduled the examination for December 13, 2007. The parties were not able to schedule the examination for an earlier date in part because Plaintiff's counsel was temporarily unavailable due to a personal matter.

3. The four-day period between the examination and the report deadline is not sufficient for Defendants' expert to prepare a report. Accordingly, the parties respectfully request that the Court modify the case management order and, based on the parties' agreement, extend the deadline for disclosing expert reports to February 11, 2008.

Dated: December 11, 2007

Respectfully submitted,

DENNIS J. HERRERA
City Attorney


By:_____/s/_____
   RAFAL OFIERSKI
   Deputy City Attorney
   Attorneys for Defendant


Dated: December 11, 2007

By:_____/s/_____
   FANIA E. DAVIS
   Attorney for Plaintiff
   Antia Lelaind

Stip. Re Expert Reports Deadline; [Proposed] Order,
Case No. C06-05870 MHP

2

n:\labor\li2006\070589\00453482.doc

**ORDER**

The parties have submitted a Stipulation To Extend The Deadline For Disclosing Expert Reports. Pursuant to the Stipulation, the case management order is hereby modified to provide that the last day to disclose expert reports shall be February 11, 2008.

SO ORDERED.

Dated: 12/17/2007



MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

Stip. Re Expert Reports Deadline; [Proposed] Order, Case No. C06-05870 MHP

3

n:\labor\li2006\070589\00453482.doc