FANIA E. DAVIS, SBN 87268
MOORE AND MOORE
445 Bellevue Avenue, Second Floor
Oakland, CA 94610
Telephone Number: (510) 451-0104
Facsimile: (510) 451-5056

Attorneys for Plaintiff
ANTIA LELAIND

DENNIS J. HERRERA, SBN 139669
City Attorney
ELIZABETH S. SALVESON, SBN 83788
Chief Labor Attorney
RAFAL OFIERSKI, SBN 194798
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3825
Facsimile: (415) 554-4248

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
CHRIS LOGIA, DAN GILMAN, and HERB DANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTIA LELAIND,<br><br>　　　　Plaintiff,<br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; PUBLIC UTILITIES COMMISSION; DAN GILMAN, in his individual and official capacities; CHRIS LOGIA, in his individual and official capacities; HERB DANG, in his individual and official capacities; and DOES 1 THROUGH 50,<br><br>　　　　Defendants. | **Case No. C06-05870 MHP**<br><br>**STIPULATION EXTENDING DEADLINE TO COMPLETE DISCLOSURES AND OTHER DISCOVERY AND [PROPOSED] ORDER** |

STIPULATION RE EXTENDING DISCOVERY
DEADLINES
CASE NO. CO6-05870 MHP

1

Pursuant to Civil L.R. 6-2, Plaintiff ANTIA LELAIND and Defendants CITY AND COUNTY OF SAN FRANCISCO, PUBLIC UTILITIES COMMISSION, CHRIS LOGIA, DAN GILMAN, and HERB DANG hereby stipulate as follows:

WHEREAS, Defendants filed a motion for summary judgment on December 3, 2007; and

WHEREAS, Plaintiff is currently in the process of preparing her opposition to the motion;

WHEREAS, following the hearing on Plaintiff's discovery motion on October 29, 2007, the Court ordered a further deposition of Plaintiff to determine any relationship between the events during 2005 and the events occurring during the entire term of her employment;

WHEREAS, due to the November 7, 2007 passing of her mother, Plaintiff's counsel was traveling and out of the office for approximately three weeks in November; and

WHEREAS, Plaintiff's counsel's unavoidable absence from her office resulted in a significant work backlog;

WHEREAS, in part due to Plaintiff's counsel's unavailability in November and in part due to the physician's schedule in early December, Plaintiff could not be scheduled for a Rule 35 examination until December 13, 2007; and

WHEREAS, the current scheduling order sets forth the following deadlines:

(1) Lay witness disclosures for case-in chief    12/15/07
(2) Expert Disclosures    12/17/07
(3) Expert Discovery Cut-Off    1/21/08; and

WHEREAS, there have been two previous time modifications to extend the deadlines for early ADR and dispositive motions in this case; and

WHEREAS, the proposed extension of time will not alter any other deadlines previously set by the Court in this case.

**NOW, THEREFORE, IT IS HEREBY STIUPLATED AND AGREED AS FOLLOWS:**

1. Pursuant to Federal Rules of Civil Procedure, Rule 16 and pursuant to Local Rules, the foregoing constitutes the requisite good cause to request modification of the Case Scheduling Order;

2. The Parties propose that the trial and pretrial schedule remain the same, but that the following modifications be made to the current Case Scheduling Order:

   (1)  Lay witness disclosures Cut-Off         12/22/07
   (2)  Expert Disclosures Cut-Off              1/11/08
   (3)  Expert Discovery Cut-Off                2/5/08

IT IS SO STIPULATED.

Dated: December 14, 2007  MOORE & MOORE

_____/s/_____
FANIA E. DAVIS, ESQ.

Attorney for Plaintiff
ANTIA LELAIND

Dated: December 14, 2007  DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney

By: _____/s/_____
RAFAL OFIERSKI
Deputy City Attorney
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
CHRIS LOGIA, DAN GILMAN, and HERB DANG

### [PROPOSED] ORDER

BASED ON THE ABOVE STIPULATION and for good cause,

**IT IS SO ORDERED.**

Dated: 12/19/2007  By _____
HONORABLE MARILYN H. PATEL
United States District Court

IT IS SO ORDERED
Judge Marilyn H. Patel

STIPULATION RE EXTENDING DISCOVERY DEADLINES
CASE NO. CO6-05870 MHP

4