1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  RAFAL OFIERSKI, State Bar #194798
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Fifth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4244
6  Facsimile:    (415) 554-4248
   E-Mail:       rafal.ofierski@sfgov.org
7
   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO,
   PUBLIC UTILITIES COMMISSION, DAN GILMAN,
9  CHRIS LOGIA and HERB DANG

11 FANIA E. DAVIS, State Bar #87268
   MOORE & MOORE
12 445 Bellevue Avenue, Suite 202
   Oakland, California 95610
13 Telephone:    (510) 451-0104
   Facsimile:    (510) 451-5056
14
   Attorney for Plaintiff
15 ANTIA LELAIND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTIA LELAIND,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; PUBLIC UTILITIES COMMISSION; DAN GILMAN, in his individual and official capacities; CHRIS LOGIA, in his individual and official capacities; HERB DANG, in his individual and official capacities; and DOES 1 THROUGH 50,<br><br>        Defendants. | Case No. C06-05870 MHP<br><br>**STIPULATION TO VACATE THE MARCH 18, 2008 TRIAL DATE;** PRETRIAL DATE ~~[PROPOSED]~~ **ORDER** |

Stip. Re Trial Date; [Proposed] Order, Case No. C06-05870 MHP      1      n:\labor\li2006\070589\00468425.doc

Pursuant to Local Rules 7-12 and 40-1, Plaintiff Antia Leland and Defendants City and County of San Francisco, San Francisco Public Utilities Commission, Herb Dang, Dan Gilman and Cris Logia hereby stipulate to vacate the current trial date. The parties represent and stipulate as follows:

1. Under the case management order dated June 22, 2007, the trial is currently set to begin on March 18, 2008. The parties' joint pretrial conference statement was due February 25, 2008.

2. The Defendants have filed a motion for summary judgment, which is now fully briefed and submitted.

3. The undersigned counsel for Defendants, Deputy City Attorney Rafal Ofierski, represents that he has been away from the office for medical reasons from February 4 through February 22, 2008, and, as a result, has not been able to work on preparing for the trial. For the same medical reasons, the undersigned counsel for Defendants will be limited to working part time for approximately another week. Because the undersigned counsel for Defendants has been handling this case entirely by himself, no other Deputy City Attorney could do the necessary pretrial work in his stead.

4. Based on Defendants' counsel's personal situation, and based on the fact that the Court's ruling on the pending motion for summary judgment may at least limit the scope of the trial and the amount of the work the parties must do to prepare for the trial, the parties respectfully ask the Court to vacate the March 18, 2008 trial date. The parties respectfully suggest that a new trial date and the associated pretrial deadlines, such as the deadline for filing a joint pretrial conference statement, could be set after the Court rules on Defendants' motion for summary judgment.

5. Accordingly, the parties respectfully request that the Court vacate the March 18, 2008 trial date.

///
////
////
////
////
////
////
////

Dated: February 27, 2008						Respectfully submitted,

								DENNIS J. HERRERA
								City Attorney


								By:_____/s/_____
								   RAFAL OFIERSKI
								   Deputy City Attorney
								   Attorneys for Defendant



								By:_____/s/_____
Dated: February 27, 2008					   FANIA E. DAVIS
								   Attorney for Plaintiff
								   Antia Lelaind


## ORDER

The parties have submitted a stipulation to vacate the trial date in this case, which is currently set for March 18, 2008. Pursuant to the stipulation, the Court hereby vacates the current trial date.,pretrial conf. The Court shall set a new trial date, if necessary, following its ruling on Defendants' pending motion for summary judgment.

SO ORDERED.

Dated: _2/28/2008_____	

						MARILYN H. PATEL
						UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge Marilyn H. Patel*