**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA LELAIND,<br><br>        Plaintiff(s),<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendant(s).<br>_____/ | No. C-06-5870 MHP (JCS)<br><br>**NOTICE AND ORDER SETTING TELEPHONIC SCHEDULING CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    The above matter was referred to Magistrate Judge Joseph C. Spero for settlement purposes.

    PLEASE TAKE NOTICE that a telephonic Scheduling Conference (with counsel only) has been set for **July 21, 2008 at 2:00 p.m.** to discuss the status of Defendant's Motion for Summary Judgment and to determine an appropriate date for a Settlement Conference in this matter.

    Chambers staff will initiate the teleconference.

    IT IS SO ORDERED.

Dated: June 16, 2008

                                        JOSEPH C. SPERO
                                        United States Magistrate Judge