UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTIA LELAIND, | No. 06-05870 MHP (JCS) |
| Plaintiff(s), | |
| v. | **NOTICE** AND ORDER **OF FURTHER SETTLEMENT** CONFERENCE |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendant(s). | (E-FILING CASE) |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference has been scheduled for **October 8, 2008 at 9:30 a.m.** before the Honorable Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Lead trial counsel are required to appear at the Settlement Conference with the parties who have unlimited authority to negotiate and settle the case.

On or before **October 1, 2008**, each party must deliver directly to Magistrate Judge Spero's Chambers Updated Confidential Settlement Conference Statement. This Statement should not be filed with the Clerk of the Court and need not be served upon the other parties.

The parties are directed to notify Magistrate Judge Spero's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Settlement Conference. All other provisions of this Court's July 12, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

Dated: September 15, 2008

JOSEPH C. SPERO
United States Magistrate Judge